UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SANCHEZ-MURILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:15-cv-2429-KJN<br><br><br><u>ORDER</u> |

On November 20, 2015, plaintiff, represented by counsel, commenced this social security action in the Sacramento division of this district.  (ECF No. 1.)  However, the complaint alleges that plaintiff is a resident of Porterville, California, which is located in Tulare County.  Thus, the action should have been commenced in the Fresno division of this district.  <u>See</u> E.D. Cal. L.R. 120(d).  As such, transfer of the action to the Fresno division is appropriate.  E.D. Cal. L.R. 120(f).

Accordingly, IT IS HEREBY ORDERED that this action, including the pending motion to proceed *in forma pauperis*, is TRANSFERRED to the Fresno division of this district pursuant to Local Rule 120(d) and (f).

Dated:  December 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1